No. 1868, Misc.  VLADIKA *v.* GERNERT.  C. A. 3d Cir. Certiorari denied.

No. 1879, Misc.  REYES-MEZA DEPOLANCO *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold* for the United States.

No. 1328, October Term, 1968.  LEVIN ET AL. *v.* MISSOURI PACIFIC RAILROAD Co.; and

No. 1333, October Term, 1968.  SLAYTON ET AL. *v.* MISSOURI PACIFIC RAILROAD Co., 395 U. S. 937.  Motion for leave to file petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 1900, Misc., October Term, 1968.  RISPO *v.* PENNSYLVANIA, 395 U. S. 983, 396 U. S. 871.  Motion for leave to file second petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 347.  CAIN ET AL. *v.* KENTUCKY, *ante,* p. 319;

No. 852.  STERNMAN *v.* UNITED STATES, *ante,* p. 907;

No. 1182.  OHLSON ET AL. *v.* PHILLIPS ET AL., *ante,* p. 317;

No. 1204.  MADOLE *v.* OKLAHOMA EX REL. DEPARTMENT OF HIGHWAYS OF OKLAHOMA, *ante,* p. 991;

No. 1238.  TEMPLE *v.* NORTH CAROLINA STATE BAR, *ante,* p. 1023; and

No. 1332, Misc.  REHFIELD *v.* UNITED STATES, *ante,* p. 996.  Petitions for rehearing denied.

No. 825.  HUTUL *v.* UNITED STATES, 396 U. S. 1012.  Motion for leave to file petition for rehearing denied.